IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

OMAR GARCIA BUSTAMANTE,          Case No. 1:26-MJ-284

*Defendant.*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kathleen Callaway, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I submit this affidavit in support of a criminal complaint charging OMAR GARCIA BUSTAMANTE with knowingly engaging in a child exploitation enterprise by violating Chapter 110 of Title 18 of the United States Code, including Section 2252, as part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and committing those violations in concert with three or more other persons, in violation of 18 U.S.C. § 2252A(g).

2.      I am a special agent with the Federal Bureau of Investigation, and I have been so employed since 2019.  I am currently assigned to the Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF) and investigate violations involving child pornography, the sexual exploitation of children and related offenses.  I have training and experience in the enforcement of the laws of the United States, including the preparation and presentation of search warrant affidavits and in conducting search warrants.  I have had both training and experience in the investigation of crimes involving electronic media and have worked

with other FBI agents who have such experience, and who have provided me with additional information about such crimes.  As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. In the course of my employment with the FBI, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media.  As a Special Agent, I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), and I am authorized by law to request and execute federal warrants.

3.      The facts and information in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## SUMMARY OF PROBABLE CAUSE

### A.  Dropbox[1] CyberTipline Report #229369527 and State Investigation

4.      In February 2026, Dropbox sent CyberTipline Report #229369527 to the National Center for Missing and Exploited Children (NCMEC)[2] regarding suspected child sexual abuse material (CSAM) that had been uploaded to a Dropbox account with the User ID 582424626, username Omar Garcia Bustamante, and email address omardereaper@hotmail.com.  Dropbox

---

[1] Dropbox is an Internet-based cloud storage service, accessible via a computer, mobile phone, and other electronic storage devices.

[2] NCMEC is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISPs), Electronic Service Providers (ESPs) (including Dropbox), and individual persons can notify NCMEC of online child sexual abuse images.  NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.  Each CyberTipline Report is associated with a particular report number.

included the three files containing suspected CSAM with their CyberTip. According to the CyberTip, Dropbox viewed the entire contents of the three uploaded CSAM files, two of which reportedly depicted prepubescent minors. One of the files was named "rape toddler girl (16-23).mpg." According to the CyberTip, the suspected CSAM was located on the Dropbox server on February 5, 2026, at 07:13:09 UTC. Based on geolocation information associated with the Dropbox account, the CyberTipline Report was sent to the Fairfax County Police Department (FCPD).

5.      FCPD detectives reviewed the CyberTip as well as the three files containing suspected CSAM. According to FCPD detectives, the file titled, "rape toddler girl (16-23).mpg" depicts an adult man raping a toddler. Another video depicts an adult man raping an infant.

6.      The Internet Protocol (IP) address used to log in to the Dropbox account was IP address 173.66.145.227, assigned to Verizon, and geo-located to Annandale, Virginia. On March 23, 2026, FCPD detectives sent legal process to Verizon for the IP address 173.66.145.227. The Verizon return showed that on or about January 29, 2026, the IP address 173.66.145.227 was assigned to 4015 Justine Drive, Annandale, Virginia 22003, and was still assigned to that address on March 3, 2026.

7.      In April 2026, FCPD detectives obtained and executed a state search warrant for the Dropbox account with User ID 582424626, username Omar Garcia Bustamante, and email address omardereaper@hotmail.com, for evidence related to the possession and distribution of child pornography, in violation of Virginia Code Section 18.2-374.1:1.

8.      FCPD reviewed the Dropbox search warrant production and observed additional videos which reportedly depict child pornography. These additional videos did not appear to have been included in the Dropbox CyberTipline Report #229369527.

**B. Search Warrant Executed at 4015 Justine Drive, Annandale, Virginia**

9.      In April 2026, FCPD conducted a query of the Virginia Department of Motor Vehicles database which revealed that OMAR GARCIA BUSTAMANTE, date of birth xx/xx/1993, resided at 4015 Justine Drive, Annandale, Virginia 22003.

10.      On April 21, 2026, FCPD obtained a state search warrant for BUSTAMANTE's residence for evidence related to the possession and distribution of child pornography, in violation of Virginia Code Section 18.2-374.1:1.

11.      The next day, FCPD executed the state search warrant at BUSTAMANTE's residence.  BUSTAMANTE was present at the time the warrant was executed.

**C. FCPD Interview of BUSTAMANTE**

12.      During the execution of the search warrant, FCPD detectives interviewed BUSTAMANTE within the residence.  Prior to the start of questioning, BUSTAMANTE was advised he was not under arrest and that he was free to leave at any point.  He was not Mirandized.  The interview was recorded and a copy of the recording was provided to me.  I have reviewed the recorded interview, which is summarized below.

> a. During the interview, BUSTAMANTE stated he utilized the email address omardereaper@hotmail.com and previously utilized the Dropbox application. BUSTAMANTE said he was sexually attracted to children and had located Telegram groups specific to child pornography. Within those Telegram groups, users shared Mega[3] links containing child pornography and

---

[3] Mega is an Internet-based file hosting service located in New Zealand.  Based on my training and experience, I know that Mega is frequently used by individuals who collect and trade child pornography.  The child pornography is trafficked via links to a Mega folder containing images and/or videos.

4

BUSTAMANTE saved those Mega links to his Dropbox account. BUSTAMANTE also saved child pornography he received on Telegram within the "Saved Messages" portion of Telegram. BUSTAMANTE stated that he also distributed child pornography to Telegram group members. Bustamante said that he had the Telegram application on his computer which allowed him to view the child pornography on Telegram both on his cell phone and computer.

b. BUSTAMANTE recalled previously viewing a video depicting child pornography which displayed an adult male sexually abusing an approximately one-year-old child. He said that in the video, the minor victim had what appeared to be a piece of tape covering the minor victim's mouth.

c. BUSTAMANTE stated he also maintained an account on SimpleX Chat ("SimpleX").

13. BUSTAMANTE was later arrested by FCPD and charged with state child pornography offenses.

**D. Referral to the FBI and Review of BUSTAMANTE's Devices and Dropbox Account**

14. In or around June 2026, FCPD referred this investigation to the FBI.

15. On June 18, 2026, the Honorable William E. Fitzpatrick, U.S. Magistrate Judge, Eastern District of Virginia, authorized a warrant to search the aforementioned NCMEC CyberTipline Report, the contents of the omardereaper@hotmail.com Dropbox account obtained by FCPD, and the digital devices seized from BUSTAMANTE's residence.

16. Review of the Apple iPhone 17 Pro (FBI Evidence No. 1B8) seized from BUSTAMANTE's residence revealed multiple images and videos in the Telegram application

depicting minors engaged in sexually explicit conduct.  Two of the videos are described as follows:

    a.   An approximate 1 minute and 47 second video depicting a nude prepubescent minor wearing a mask.  Approximately five seconds into the video, the minor female can be seen inserting a foreign object into her anus, which continues for the duration of the video.

    b.   An approximate 6 minute and 43 second video of a nude prepubescent female, who is shown kneeling in front of a seated adult male.  The minor female masturbates the adult male's penis.  The adult male then inserts his penis in the child's mouth.

## E.  Identification of SimpleX Enterprise

17.    My review of the iPhone revealed a group chat in SimpleX[4] (hereinafter, "Group Chat 1")[5] wherein users coordinated to find and share CSAM.  The Group Chat 1 group chat spanned at least January 28, 2026, to April 21, 2026.  My review of the iPhone further revealed that BUSTAMANTE, using a moniker consistent with what BUSTAMANTE told FCPD detectives he used for Telegram, was listed as an administrator of Group Chat 1, along with five other users/accounts.  As of April 21, 2026 (the date the phone was seized from BUSTAMANTE's residence), Group Chat 1 had 50 participants, including its 6 administrators.

18.    On or about January 28, 2026, a Group Chat 1 group administrator, identified here

---

[4] According to SimpleX Chat's website, SimpleX Chat is a private and encrypted messenger without any User IDs. Users are able to make a private connection to other users via a QR code or a shared link.

[5] The name of Group Chat 1 is known to law enforcement.  The name is redacted to preserve the integrity of the ongoing investigation into the group's participants.

as "User 1," sent the following message:

| January 28, 2026 | |
|---|---|
| **Sender** | **Content** |
| User 1 | Share the link here with your friends [SimpleX link] |

19.    On or about January 29, 2026, the same Group Chat 1 group administrator sent

the following messages:

| January 29, 2026 | |
|---|---|
| **Sender** | **Content** |
| User 1 | Anyone is free to share what they love and add who they want, the group is not for lurking.  Lets make the gc[6] active |

20.    On a SimpleX private chat dated February 7, 2026, BUSTAMANTE and User 1

exchanged messages regarding the administration of the group chat.  The following is an excerpt

from that conversation:

| February 7, 2026 | |
|---|---|
| **Sender** | **Content[7]** |
| BUSTAMANTE | Hey |
| User 1 | Hello<br>…<br>Share the link here with your friends [SimpleX link]<br>…<br>Use the link to join the gc<br>…<br>Just made you an admin |

---

[6] Based on my training, experience, and investigation of this case, I know that "gc" stands for group chat.

[7] All typos in this and other chat messages throughout the affidavit are in the original chat messages.

| BUSTAMANTE | Why am I an admin? <br> … <br> Also theirs nothing on it |
|---|---|
| User 1 | You can't see old chats [emoji] |
| BUSTAMANTE | Oh |
| User 1 | So you can help add members to make community grow if you want <br> … <br> Planning on creating a boys on group <br> … <br> What are you into |
| BUSTAMANTE | All girls 12 under with my favorite being Asian and Latinas being second |
| User 1 | Greate, a like little bit of everything lol boys, girls, black Asian, but I'm not into toddlers or anything forced or cruel <br> … <br> Please don't forget to share the gc link or add members if you can thanks [emoji] |
| BUSTAMANTE | Forced and cruel to a certain extent is fine for me |

21.     On or about February 7, 2026, BUSTAMANTE distributed 9 videos within Group Chat 1.  Eight of the videos he distributed depicted minors engaged in sexually explicit conduct. Three of the videos are described as follows:

  a.  A 9 minute and 26 second video which depicts a hand exposing the vagina of a prepubescent minor female. Approximately 1 minute and 25 seconds into the video, an adult male can be seen attempting to vaginally penetrate the minor female with his penis.  This continues for the remainder of the video.

  b.  A 32 second video which depicts an adult male orally penetrating a prepubescent minor female with his penis.  The minor female's hands are on the adult male's penis.

  c.  A 16 second video who depicts an adult male touching the nipples of a prepubescent minor female. The minor female's hand is touching the adult

male's penis. Approximately 3 seconds into the video, the adult male can be seen grabbing and moving the minor female's arm to masturbate his penis.

22.     In response, User 1 distributed 4 videos depicting CSAM.  Two of the videos are further described below:

    a.  A 2 minute and 10 second video depicting an adult male anally penetrating a prepubescent female.

    b.  A 2 minute and 50 second compilation video depicting a prepubescent minor female. Approximately 15 seconds into the video, the minor female exposes her anus and vagina.   Throughout the video, the same minor female can be observed touching her breasts and vagina.

23.     In response to BUSTAMANTE's distribution of the video described above in paragraph 21.a, the following messages were exchanged:

| February 7, 2026 ||
| --- | --- |
| **Sender** | **Content** |
| User 1 | Preteen pussies are definitely the best [emoji] |
| BUSTAMANTE | My favorite is 12 and under. Especially Asians and Latinas at second place. |

24.     Later the same day, User 1 posted the following message in Group Chat 1:

| February 7, 2026 ||
| --- | --- |
| **Sender** | **Content** |
| User 1 | [emoji] Quick Group rules<br>. Be respectful – no bullying or toxic vibes.<br>. Share only <18 related contents.<br>. Each member must have a profile pic.<br>. No personal info-protect your privacy.<br>. Keep the chat lively: react, comment, and welcome new members. |

9

| | . Admins' word is final-break rules and you might get revoked. <br> . No lurking. |
|---|---|

25.     In a private SimpleX chat on or about February 9, 2026, BUSTAMANTE and

User 1 exchanged the following messages about Group Chat 1:

| February 9, 2026 | |
|---|---|
| **Sender** | **Content** |
| User 1 | Hey man just wanna say you're doing a great jod thanks |
| BUSTAMANTE | Thanks |
| User 1 | And also I'm planning on creating a boys only group so interested person can join <br><br> … <br> I'll lyk |
| BUSTAMANTE | Not my cup of tea unless he's with a babe or a little girl |
| User 1 | Yh I know that's outside your specialty just wanted to let you know |

26.     On or about February 9, 2026, within Group Chat 1, BUSTAMANTE and other,

yet unidentified, users exchanged the following messages:

| February 9, 2026 | |
|---|---|
| **Sender** | **Content** |
| User 2 | [*User 2 sends five total media files, two of which did not completely upload and thus could not be reviewed.  Two videos depict age-questionable sexual material, and one video depicts a minor engaged in sexually explicit conduct*]. |
| User 3 | [*User 3 sends 18 total videos, five of which depict age-questionable sexual material.  Thirteen videos depict CSAM, and the remaining files appear to display different minor victims.  One of the files is a four minute and 45 second video depicting a clothed prepubescent minor female who is also wearing a mask. Approximately five seconds into the video, the minor female begins to remove her clothing. Approximately one minute into the video, an adult male inserts his penis into the minor female's mouth.  The* |

| | |
|---|---|
| | *adult male continues to orally penetrate the female for the duration of the video.*] |
| User 4 | [*User 4 sends two total videos, both of which depict CSAM*] |
| User 1 | [*User 1 sends six total videos, all of which depict CSAM*]<br><br>…<br>*In response to a CSAM video User 3 sent on or about February 8, 2026, User 1 commented:*<br><br>Yes she's such a good girl making daddy cum so hot [emoji, emoji]<br><br>…<br>*On or about February 8, 2026, BUSTAMANTE sent a video depicting CSAM to the group, as further described below:*<br><br>*A 36 second video which depicts a prepubescent female sitting on an adult female. The adult female can be seen holding the minor female's legs apart, exposing her vagina.  Approximately six seconds into the video, an adult male's erect penis can be observed, and the adult male begins masturbating.  Approximately 20 seconds into the video, the adult male can be seen ejaculating on the minor female's pubic area.*<br><br>*In response to the above-mentioned video BUSTAMANTE sent to Group Chat 1, User 1 commented:*<br><br>What a lucky man [emoji] |
| User 4 | Yess he is! That would be amazing |
| User 1 | Hey guys! Welcome to the new members! [emoji] Everyone should have a profile pic so we know the active ones from the ghost [emoji] and no lurking [emoji]  thanks! [emoji] |
| User 5 | *[Sends one video depicting CSAM]* |
| User 2 | This is so fucking hot |
| BUSTAMANTE | *In response to User 3's CSAM video posted on or about February 9, 2026*:<br><br>Your vids are not loading after so long. Please finish uploading<br>…<br><br>Especially that adorable little cumslut |

11

27.     Throughout messages dated February 9, 2026, members of the Group Chat 1 group continued to exchange media files depicting CSAM.  During the exchange of media, the following messages were exchanged between BUSTAMANTE and other group members:

| February 9, 2026 | |
|---|---|
| **Sender** | **Content** |
| User 6 | What happens if you don't have videos to share on here |
| BUSTAMANTE | *[In response to User 6's message]*<br><br>[Emoji ] Quick Group rules –<br>. Be Respectful – no bullying or toxic vibes.<br>.Share only <18 related content<br>. Each member must have a profile pic.<br>. No personal info – protect your privacy<br>. Keep the chat lively: reach, comment, and welcome new members<br>. Admins' word is final – break rules and you might get removed.<br>. No lurking. [emoji] |
| User 12 | *[User 12 sends five total media files, including two videos depicting age-questionable sexual material, and seven videos depicting CSAM]* |
| BUSTAMANTE | *In response to one of the videos containing age-questionable sexual material, BUSTAMANTE commented:*<br><br>Wonder if that uniform comes with a short skirt [emoji]<br>…<br><br>*[BUSTAMANTE then forwards 12 total media files, two of which depict age-questionable sexual material, and 10 of which depict CSAM.*<br><br>*By way of example, one video is four minutes and 45 seconds and depicts a clothed prepubescent minor female who is also wearing a mask. Approximately five seconds into the video, the minor female begins to remove her clothing. Approximately one minute into the video, an adult male inserts his penis into the minor female's mouth.  The adult male continues to orally penetrate the female for the duration of the video.*<br><br>*Another video is 17 seconds and depicts a clothed prepubescent minor female on her knees.  Approximately two seconds into the video, the minor female pulls down her pants and exposes her anus and vagina.* |

28.     On or about February 27, 2026, BUSTAMANTE and other, yet unidentified,

12

users exchanged the following messages in Group Chat 1:

| February 27, 2026 | |
|---|---|
| **Sender** | **Content** |
| User 1 | [*Sends 20 total media items, in which 16 of the items did not completely upload, but the thumbnails are visible. The thumbnails depict CSAM or age-questionable material.  Four videos were viewable and depict CSAM.*] |
| User 1 | *In response to User 1's own message containing a thumbnail depicting CSAM, User 1 commented:*<br><br>I envy this dude so much [emoji] |
| User 5 | [*Sends seven total media items, six of which did not completely upload, but had visible thumbnails. The thumbnails depict CSAM or age-questionable material.  One video uploaded completely and depicts CSAM.*]<br><br>...<br><br>*In response to User 1's message:*<br><br>Lol me too [User 1] |

29.     The conversation in Group Chat 1 continued for several more hours, and users posted additional media files depicting CSAM.  The following is an excerpt from that conversation:

| February 27, 2026 | |
|---|---|
| **Sender** | **Content** |
| BUSTAMANTE | *In response to User 1's earlier post containing a depiction of an adult man and an age-questionable female holding the man's erect penis, BUSTAMANTE commented:*<br><br>Same [emoji] I wonder if theirs a video of her screaming in pleasure he rams her<br><br>…<br><br>*In response to a video posted by User 9, which depicts a prepubescent minor performing oral sex on an adult man, BUSTAMANTE wrote:* |

13

| | |
|---|---|
| | Definitely one of my favorite series. All the girls in it are both cute and sexy. [emoji]<br><br>*In response to User 1's earlier message in the group where User 1 stated, "I miss falko vids, they're hard to come by these days":*<br><br>I have a few.  Is their one were the little blind folded girl gets fucked? |
| User 7 | [*Sends three total media items, including one which did not completely upload, but which has a visible thumbnail. The thumbnail depicts CSAM. Two videos were viewable and depict CSAM.  All three media items appear to depict different minor victims.*] |
| User 8 | What a cute blonde love the starter boobs |
| User 5 | *In response to User 9's post of an image depicting CSAM, sent earlier on or about February 27, 2026:*<br><br>Such a beauty omg<br><br>…<br><br>I know this might some basic but anyone else loves 7-15 Yos getting fucked real good |
| User 1 | *In response to BUSTAMANTE's earlier message:*<br><br>Never seen that one lol |
| User 5 | *In response to one of User 7's videos depicting CSAM:*<br><br>Like a pro [emoji] |
| BUSTAMANTE | *In response to User 5's earlier message:*<br><br>I love 12 and under getting fucked so good the make noises along their words |
| User 8 | I love how they automatically know to drop their panties and assume the position |
| User 1 | *In response to BUSTAMANTE's earlier message:*<br><br>Anyone experience? |

| | |
|---|---|
| BUSTAMANTE | *In response to User 8's earlier message:*<br><br>That's how you know they were trained early on by pros |
| User 1 | I got to lick a 15 yo clit ones but she wouldn't let me fuck her<br><br>…<br><br>*In response to BUSTAMANTE's earlier message:*<br><br>You're absolutely right man<br><br>…<br>I wish to have a pedo family so bad |
| BUSTAMANTE | *In response to User 1's earlier message:*<br><br>I had a few of my [relationship redacted] dry hump me while we're playing hide and seek. I also frenched one, and sucked on another's feet.  I was so close to actually fckn one of them while I was in HS<br><br>*In response to User 1's earlier message:*<br><br>As at the age of 6 I already planned on having a big family like you see in the movies and shows as I grew older I realized I want it to be a big pedo family of me multiple little girls and a wife or 2 |
| User 1 | *In response to BUSTAMANTE's last message:*<br><br>Man imagine mom teaching her littles girls how suck daddy's dick |

30.    On or about March 1, 2026, BUSTAMANTE and other unidentified users

exchanged the following messages in Group Chat 1:

| March 1, 2026 | |
|---|---|
| **Sender** | **Content** |
| User 10 | [*Sends seven total media items, six of which depict CSAM.*] |
| User 11 | *In response to an earlier post by User 1, User 11 commented:*<br><br>I am looking for a family to join them! [emoji, emoji] |

|  | *In response to BUSTAMANTE's message on or about February 27, 2026, User 11 commented the following:*<br><br>Sign me up.!<br><br>*In response to User 1's earlier message, User 11 commented the following:*<br><br>Me too!! [emoji, emoji] When I am at a restaurant, Wal-Mart, or gas station, and I see girls in those places, including babies [emoji], with their butt bums open in Half, I get so hornier, that I wish that I can just. Asked him or her, , can I fuck your hot daughter [emoji], But you know that's isn't happening [emoji]<br><br>*In response to User 10's earlier message, User 11 commented the following:*<br><br>Hey guys welcome to the new members! [emoji] Everyone should have a profile pic so we know the active ones from the ghost [emoji] and no lurking [emoji]. [emoji] Remember to invite only people who are willing to share and participate as there's no room for lurkers.<br><br>*In response to User 10's February 28, 2026 post, which contained a video depicting CSAM:*<br><br>Delicious puzzie<br><br>*In response to User 1's February 27, 2026 post, which contained a media file that did not upload, but displayed a thumbnail depicting CSAM:*<br><br>My gosh [emoji] she is like 3 year old.<br><br>*In response to a different User 1 February 27, 2026, post which contained a media file, which did not upload, but displayed a thumbnail depicting CSAM:*<br><br>Fuck she taking that horse [emoji] cock All wet in the shower [emoji, emoji] |
|---|---|

31.     On or about March 1, 2026, members of Group Chat 1 continued to exchange media files and commented on the media files being shared, including BUSTAMANTE, who posted the following:

| March 1, 2026 | |
|---|---|
| **Sender** | **Content** |
| BUSTAMANTE | *Sends 10 total media items, seven of which depict two different prepubescent minor females dancing while clothed.  Three of the videos depict CSAM.* <br><br> *By way of example, one video is 30 seconds and depicts an adult male anally penetrating a female infant.  The infant female can be heard screaming in the video.* <br><br> *Another video is one minute and 47 seconds and depicts a masked adult male who can be seen holding the minor female and appearing to vaginally penetrate the minor female for the duration of the video.* |

(Continued on next page).

## CONCLUSION

32.    For the reasons set forth above, I submit there is probable cause to believe that, from at least January 28, 2026, through April 21, 2026, in the Eastern District of Virginia and elsewhere, OMAR GARCIA BUSTAMANTE, together with other persons, yet unknown, knowingly engaged in a child exploitation enterprise, by violating Chapter 110 of Title 18, U.S. Code, Section 2252, specifically, distribution and attempted distribution of CSAM, and receipt and attempted receipt of CSAM, as part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and committed those violations in concert with three or more other persons, all of which is a violation of 18 U.S.C. § 2252A(g).

Respectfully submitted,

*Kathleen Callaway*

Kathleen Callaway
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on July 24, 2026:

Digitally signed by Ivan Davis
Date: 2026.07.24 14:58:38 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia

18